# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HOUSEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01617-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING UPDATE ON AMENDED COMPLAINT<br><br>[ECF No. 13] |

Plaintiff Choon Rhey is a state prisoner proceeding pro se in this civil rights matter pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion seeking an update on his first amended complaint, filed on May 18, 2018 on extension.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's first amended complaint will be screened in due course.

Accordingly, Plaintiff's motion is HEREBY GRANTED, as explained above.

IT IS SO ORDERED.

Dated: __August 14, 2018__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE