UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HOUSEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01617-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>[Doc. No. 17] |

Plaintiff Randall Houseman is a state prisoner proceeding *pro se* and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On October 25, 2018, the Magistrate Judge issued findings and recommendations screening Plaintiff's first amended complaint. (Doc. No. 17.) The Magistrate Judge found that the first amended complaint states a cognizable claim for deliberate indifference to safety in violation of the Eighth Amendment against Officers Hennesay and Odle, for moving Plaintiff to an upper bunk on December 28, 2015, and against Lieutenant Iverson for authoring a false 115 RVR report in retaliation for filing a grievance, in violation of the First Amendment. The Magistrate Judge recommended that all other claims and defendants be dismissed for the failure to state a claim upon which relief may be granted.

Plaintiff was notified of the findings and recommendations and granted fourteen (14) days to file any objections. (*Id*. at 7.) More than fourteen days have passed, and no objections were filed.

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. The undersigned concludes the findings and recommendations are supported by the record and by proper analysis. |

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on October 25, 2018 (Doc. No. 17), are adopted in full;

2. This action proceeds on Plaintiff's first amended complaint for deliberate indifference to safety in violation of the Eighth Amendment against Defendants E. Hennesay and J. Odle, for moving him to an upper bunk on December 28, 2015, and against Defendant A. Iverson for authoring a false 115 RVR report in retaliation for filing a grievance, in violation of the First Amendment;

3. Plaintiff's claims for declaratory and injunctive relief are dismissed.

4. All other claims and defendants are dismissed for the failure to state a claim upon which relief may be granted; and

5. This matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  December 18, 2018                          _____
                                                    SENIOR DISTRICT JUDGE