UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RANDALL HOUSEMAN,

           Plaintiff,

   v.

J. ODLE, et al.,

           Defendants.

Case No. 1:17-cv-01617-AWI-SAB (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
DEFENDANTS' MOTION TO REVOKE
PLAINTIFF'S *IN FORMA PAUPERIS*
STATUS, AND REQUIRING PLAINTIFF TO
PAY THE FILING FEE TO PROCEED WITH
THIS ACTION

[ECF Nos. 23, 26]

**TWENTY-ONE (21) DAY DEADLINE**

      Plaintiff Randall Houseman is a state prisoner currently proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 5, 2017. (ECF No. 1.) Plaintiff's motion to proceed *in forma pauperis* was granted on December 7, 2017. (ECF No. 5.)

      On February 15, 2019, Defendants Hennesay, Iverson, and Odle filed a motion for an order revoking Plaintiff's *in forma pauperis* status. (ECF No. 23.) Plaintiff did not file an opposition to Defendants' motion.

      On April 3, 2019, the assigned Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for an order revoking Plaintiff's *in forma pauperis* status be granted and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed

1

with this action. (ECF No. 26.) The Findings and Recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service of the Findings and Recommendations. (Id. at 6.) More than fourteen days have passed since the Findings and Recommendations were served and no objections have been filed by any party.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 3, 2019, (ECF No. 26), are adopted in full;

2. Defendants' motion for an order revoking Plaintiff's *in forma pauperis* status, (ECF No. 23), is GRANTED;

3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action;

4. Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed; and

5. This matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   May 9, 2019  
                                    _____
                                    SENIOR DISTRICT JUDGE

2